**ICON HEALTH & FITNESS, INC.,**
**Plaintiff–Appellant,**

v.

**KEYS FITNESS, INC. and Keys**
**Backyard LP, Defendants–**
**Appellees.**

No. 2008–1458.

United States Court of Appeals,
Federal Circuit.

Aug. 20, 2008.

Larry R. Laycock, David R. Todd, Robyn L. Phillips, Sterling A. Brennan, Workman Nydegger, Salt Lake City, UT, for Plaintiff–Appellant.

Mark M. Bettilyon, Ray, Quinney & Nebeker, PC, Salt Lake City, UT, for Defendants–Appellees.

ON MOTION

*ORDER*

ICON Health & Fitness, Inc. moves to dismiss this appeal pursuant to Fed. Cir. R. 47.10 due to related bankruptcy proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appeal is dismissed without prejudice to the appellant moving to reinstate the appeal within 30 days after the stay of proceedings is

lifted by the bankruptcy court or after the bankruptcy proceeding ends.